# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 3:09-cr-000158-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SHAWN MANNING. ) | |
| _____ ) | |

**THIS MATTER** is before the Court pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 782 (Nov. 1, 2014).

The Defendant has filed a motion for a reduction of his sentence. [Doc. 44]. The Probation Office has submitted a supplement to the Defendant's Presentence Report ("PSR") in this matter. [Doc. 45]. Based thereon, the Court determines that the United States Attorney should provide the Court with its position regarding the PSR supplement.

**IT IS, THEREFORE, ORDERED** that no later than thirty (30) days from the entry of this Order, the United States Attorney shall file pleadings responsive to the Probation Officer's PSR supplement filed in this matter.

**IT IS SO ORDERED.**

Signed: March 11, 2015

Martin Reidinger
United States District Judge